some of them, discharging them summarily when he did not obtain an immediate remedy. The respondent was one who reluctantly undertook to institute proceedings for the complainant and was speedily discharged without cause. We find no substance to the charges as made, particularly in view of the very full refutation contained in the answer and affidavits submitted by the respondent and the testimonials of his previous good character and high standards of integrity. The proceeding should be dismissed. Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ., concur. Proceeding dismissed.

---

In the Matter of CHARLES C. ANNABEL, an Attorney.— The issues, presented upon the charges made and the answer filed, are hereby referred to Hon. Wesley O. Howard, of Troy, official referee, to hear the evidence, and report thereon, with his conclusions, to this court. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

THOMAS W. MCANARNEY, Respondent, v. NEWARK FIRE INSURANCE COMPANY, Appellant, and Another.— Judgment and order affirmed, with costs. Hinman, McCann, Davis and Whitmyer, JJ., concur; Cochrane, P. J., dissents on the ground that in fixing the actual value of the property the court limited the jury to replacement cost of the buildings less physical deterioration, and excluded from the consideration of the jury all other circumstances.

ITHACA TRUST COMPANY, as Trustee, Respondent, v. THE ITHACA TRACTION CORPORATION and Another, Appellants. FARMERS' LOAN AND TRUST COMPANY, as Trustee, Respondent; THE WITHBURN CORPORATION and Another, Defendants.— Judgment unanimously affirmed, with costs to the respondent Ithaca Trust Company, as trustee. Present — Cochrane, P. J., Hinman, McCann, Davis and Whitmyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD J. RICKERT, Relator, v. STATE TAX COMMISSION, Respondent.— Determination confirmed, with fifty dollars costs and disbursements. Cochrane, P. J., Hinman and Whitmyer, JJ., concur; McCann and Davis, JJ., dissent in part on the ground that the determination as to group 1, involving the Toma Development Co., Inc., mortgage, should be annulled on the authority of *People ex rel. New York Title & Mortgage Co.* v. *State Tax Commission* (220 App. Div. 396; affd., 245 N. Y. 603).

In the Matter of FREMONT F. WILLIAMS, an Attorney.— Motion denied. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL SERAFIN, Appellant.— Motion to dismiss appeal granted, unless the defendant perfects his appeal and is ready to argue the same at the beginning of the November term, in which event the motion is denied. Motion to amend notice of appeal denied. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

JOHN L. JACKSON, Plaintiff, v. RUBY H. TALLMADGE and HAMPTON H. HALSEY, Defendants.— Motion for stay of proceedings denied, with ten dollars costs. Present — Cochrane, P. J., Van Kirk, Hinman, and McCann, JJ.

JOHN L. JACKSON, Respondent, v. RUBY H. TALLMADGE, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Cochrane, P. J., Van Kirk, Hinman and McCann, JJ.

PIERRE M. MANY, Appellant, v. CHARLES ROSE, Respondent.— Motion granted